UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| ESTELA MEJIA, an individual, | **CASE NO.: 13-CV-03371 R (MANx)** |
| Plaintiff, | |
| vs. | |
| TARGET STORES, a Corporation; and DOES 1 to 25, inclusive, | **JUDGMENT** |
| Defendants. | |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

    This action came on for hearing before this Court on March 17, 2014, the Honorable Manuel L. Real, District Judge Presiding, on a motion for summary judgment, or partial summary judgment, by defendant TARGET CORPORATION. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that plaintiff ESTELA MEJIA take nothing, that this action be

///

///

///

dismissed on the merits, and that defendant TARGET CORPORATION recover its costs.

Dated: April 1, 2014

_____
Hon. Manuel L. Real
United States District Court Judge

Submitted By:

EUGENE J. EGAN (State Bar No. 130108)
 (eje@manningllp.com)
KAREN LIAO (State Bar No. 256072)
 (kxl@manningllp.com)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
TARGET CORPORATION